**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHANG BLISS,** | ) Case No. **5:10-cv-04975-HRL** |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **I.C. SYSTEMS, INC.,** | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 20th day of December, 2010.

        By: <u>s/Todd M. Friedman</u>
             Todd M. Friedman, Esq.
             Law Offices of Todd M. Friedman, P.C.
             tfriedman@AttorneysForConsumers.com
             Attorney for Plaintiff

1  Filed electronically on this 20th day of December, 2010, with:

2

3  United States District Court CM/ECF system

4  And hereby served upon all parties

5

6  Notification sent on this 20th day of December, 2010, via the ECF system to:

7  Honorable Howard R. Lloyd
   Judge of the United States District Court
8  Northern District of California

9

10  Copy sent via mail on this 20th day of December, 2010, to:

11  Sue Johnson
    Director of Legal Affairs
12  I.C. System, Inc.
13  444 Highway 96 East
    St. Paul, MN 55127-2557
14

15

16

17  By: s/Todd M. Friedman
           Todd M. Friedman
18

Notice of Dismissal - 2